# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN,<br>1716 Tolbert Way<br>Mount Pleasant, South Carolina 29466<br><br>               Plaintiff,<br><br>  - against -<br><br>THOMAS FORTUNE FAY,<br>2048 Merrifields Drive<br>Silver Spring, Maryland 20906<br><br>FAY LAW GROUP, P.A.,<br>777 Sixth Street NW, Suite 410<br>Washington, D.C. 20001<br><br>STEVEN R. PERLES,<br>1754 Kenyon Street NW<br>Washington, D.C. 20007<br><br>  - and -<br><br>PERLES LAW FIRM, P.C.<br>1050 Connecticut Avenue NW, Suite 500<br>Washington, D.C. 20036<br><br>               Defendants. | Case No. 16-cv-2498 |

## ERRATA

Attached is the first page of the Complaint with a caption that has been corrected to comply with LCvR 5.1(c)(1).

Dated: December 27, 2016

                                                STORCH AMINI PC

                                                By: /s/ Bijan Amini
                                                     Bijan Amini
                                              140 East 45th Street, 25th Floor
                                              New York, New York 10017
                                              Tel: (212) 490-4100
                                              Fax: (212) 490-4208
                                              bamini@samlegal.com

                                              *Attorneys for Plaintiff Jay Glenn*


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN,<br>1716 Tolbert Way<br>Mount Pleasant, South Carolina 29466<br><br>        Plaintiff,<br><br>    - against -<br><br>THOMAS FORTUNE FAY,<br>2048 Merrifields Drive<br>Silver Spring, Maryland 20906<br><br>FAY LAW GROUP, P.A.,<br>777 Sixth Street NW, Suite 410<br>Washington, D.C. 20001<br><br>STEVEN R. PERLES,<br>1754 Kenyon Street NW<br>Washington, D.C. 20007<br><br>    - and -<br><br>PERLES LAW FIRM, P.C.<br>1050 Connecticut Avenue NW, Suite 500<br>Washington, D.C. 20036<br><br>        Defendants. | Case No. 16-cv-2498<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Jay Glenn ("Glenn"), by his undersigned counsel, as and for his Complaint against Defendants herein, alleges as follows:

## NATURE OF ACTION

1. This is a breach of contract action against the lead attorneys for plaintiffs in the action captioned *Peterson v. Islamic Republic of Iran*, Case Nos. 01-cv-2094, 01-cv-2684 (RCL), an action commenced by Marine Barracks bombing victims and their relatives against Iran which was brought in this district.