UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN,
Plaintiff,

v.                                                                 Case No. 1:16-cv-02498-RCL

THOMAS FORTUNE FAY,
FAY LAW GROUP, P.A.,
STEVEN R. PERLES, and
PERLES LAW FIRM, P.C.,
Defendants.

**ENTRY OF APPEARANCE OF JOHN VAIL ON BEHALF OF THOMAS FORTUNE FAY AND FAY LAW GROUP, P.A.**

John Vail, a member of the bar of the District of Columbia and of the bar of this Court, hereby enters his appearance on behalf of Thomas Fortune Fay and Fay Law Group, P.A.

Respectfully submitted,

_____/s/ John Vail_____
John Vail, of Counsel   (DC Bar 461512)
FAY LAW GROUP, P.A.
777 Sixth Street, NW
Suite 410
Washington, D.C.  20001
(202) 589-1300
Fax  589-1721
john@johnvaillaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Entry of Appearance was filed electronically via the Court's ECF system and was served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.