UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN,
Plaintiff,

v.  Case No. 1:16-cv-02498-RCL

THOMAS FORTUNE FAY,
FAY LAW GROUP, P.A.,
STEVEN R. PERLES, and
PERLES LAW FIRM, P.C.,
Defendants.

### MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, OF DEFENDANTS THOMAS FORTUNE FAY AND FAY LAW GROUP, P.A.

Defendants move, pursuant to Fed.R.Civ.Proc. 12(b)(6), or, alternatively, pursuant to Fed.R.Civ.Proc. 56, to dismiss Plaintiff Glenn's case because it is barred by the applicable statue of limitations.  Defendant Fay Law Group, P.A., additionally moves to dismiss because the pleadings state no claim against it.

Defendants submit with this Motion a Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment, of Defendants Thomas Fortune Fay and Fay Law Group, P.A. , and a proposed Order.

Respectfully submitted,

FAY LAW GROUP, P.A.

_____/s/ John Vail_____
John Vail, of Counsel   (DC Bar 461512)
777 Sixth Street, NW

        Suite 410
        Washington, D.C.  20001
        (202) 589-1300
        Fax   589-1721
        john@johnvaillaw.com


        BOND & NORMAN LAW, P.C.

        By: _____/s/ Ferris Ridgely Bond_____
        Ferris Ridgely Bond (D.C. Bar 372607)
        777 6th Street, N.W.
        Suite 410
        Washington, D.C. 20001
        202-638-4100 telephone
        202-207-1041 fax
        Ferrisbond@bondandnorman.com



        By: _____/s/ Jane Carol Norman_____
        Jane Carol Norman (D.C. Bar 384030)
        777 6th Street, N.W.
        Suite 410
        Washington, D.C. 20001
        202-638-4100 telephone
        202-207-1041 fax
        Janenorman@bondandnorman.com


        *Attorneys for Defendants Thomas Fortune*
        *Fay and Fay Law Group, P.A.*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion, the Memorandum in support thereof, and the proposed Order were filed electronically via the Court's ECF system and were served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.