UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN,

    Plaintiff,

vs.

THOMAS FORTUNE FAY, *et al.,*

    Defendants.

Civil No.: 1:16-cv-02498-RCL

## MOTION TO DISMISS OF DEFENDANTS
## STEVEN R. PERLES AND PERLES LAW FIRM, P.C.

Pursuant to Fed.R.Civ.Proc. 12(b)(6), Defendants Steven R. Perles and Perles Law Firm, P.C. (collectively, "Perles"), by and through counsel, move to dismiss the Complaint filed by Plaintiff, Jay Glenn ("Glenn"), on the grounds that Glenn's claims are plainly barred by limitations. Glenn himself concedes in his Complaint that any such claims arose in 2010. Furthermore, Glenn sued the Defendants in November of 2010 in the Southern District of New York for the very same alleged acts at issue in this case. Glenn's Complaint is untimely and therefore fails to state a claim upon which relief can be granted, and it must be dismissed.

WHEREFORE, for the foregoing reasons, and for those more fully set forth in the accompanying Memorandum, Perles submits that this Motion to Dismiss should be granted and

that this action should be dismissed.  Furthermore, the fact that Glenn's action is time-barred cannot be remedied, and therefore the dismissal should be with prejudice.

        Respectfully submitted,

        BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

        By: _____/s/ Douglas M. Bregman_____
           Douglas M. Bregman #218354

        By: _____/s/ Geoffrey T. Hervey_____
           Geoffrey T. Hervey #415907

           7315 Wisconsin Avenue
           Suite 800 West
           Bethesda, Maryland 20814
           (301) 656-2707 – telephone
           (301) 961-6525 – facsimile
           dbregman@bregmanlaw.com
           ghervey@bregmanlaw.com

        *Counsel for Defendant Perles*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the foregoing Motion, the Memorandum of Points and Authorities in support thereof, and the proposed Order were filed electronically via the Court's ECF system on February 21, 2017 and were served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.

        _____/s/ Geoffrey T. Hervey _____