# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
JAY GLENN,                                  :    10 Civ. 8287 (WHP)
                                            :
                Plaintiff,                  :    ORDER
                                            :
        -against-                           :
                                            :
THOMAS FORTUNE FAY, et al.,                 :
                                            :
                Defendants.                 :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/11

WILLIAM H. PAULEY III, District Judge:

For the reasons set forth on the record on July 29, 2011, Defendants' motion to dismiss for lack of in rem jurisdiction and improper venue is granted. The Clerk of the Court is directed to terminate all pending motions and mark this case as closed.

Dated: July 29, 2011
       New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                       U.S.D.J.

*Counsel of Record:*

Daniel Cobrinik, Esq.
Daniel Cobrinik, P.C.
475 Park Avenue South, 19th Floor
New York, NY 10016
*Counsel for Plaintiff*

Annie P. Kaplan, Esq.
Fay Kaplan Law, P.A.
777 Sixth Street, N.W., Suite 410
Washington, DC 20001
*Counsel for Defendants Thomas F. Fay, Fay & Perles and Anthony LaSpada*

James P. Bonner, Esq.
Shalov Stone & Bonner & Rucco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
*Counsel for Steven R. Perles*