**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY GLENN,<br><br>                     Plaintiff,<br><br>  - against -<br><br>THOMAS FORTUNE FAY,<br>FAY LAW GROUP, P.A.,<br>STEVEN R. PERLES, and<br>PERLES LAW FIRM, P.C.,<br><br>                     Defendants. | Case No. 16-cv-2498 (RCL) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Plaintiff Jay Glenn hereby moves for an order, substantially in the form attached hereto, extending his deadline for filing his memorandum of points and authorities in opposition to Defendants' motions to dismiss [ECF Nos. 10-11] (presently March 3 and 7, 2016) by approximately two weeks, until March 17, 2017.

Plaintiff requests the aforementioned extension to accommodate competing professional obligations on the part of his counsel.  Plaintiff submits no prejudice would result from the requested extension, and such extension is not being sought for an improper purpose, but rather to ensure there is an efficient and workable schedule in place to complete briefing with respect to the pending dispositive motions.  Plaintiff submits the above represents good cause for the requested enlargement of time under Fed. R. Civ. P. 6(b)(1).

In accordance with LCvR 7(m), Plaintiff has discussed the instant motion with Defendants' respective counsel by e-mail on February 22, 2017, and has been advised Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed motion and grant such other and further relief as the Court deems just and proper.

Dated: February 27, 2017                    STORCH AMINI PC

                                                                       By: /s/ Bijan Amini
                                                                            Bijan Amini
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JAY GLENN,

                Plaintiff,

- against -

THOMAS FORTUNE FAY,
FAY LAW GROUP, P.A.,
STEVEN R. PERLES, and
PERLES LAW FIRM, P.C.,

                Defendants.

Case No. 16-cv-2498 (RCL)

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, it is hereby:

ORDERED that the motion is granted as set forth herein; and it is further

ORDERED that Plaintiff shall file his memorandum of points and authorities in opposition to Defendants' motions to dismiss on or before March 17, 2017.

Dated: _____, 2017

                                                            Hon. Royce C. Lamberth
                                                            United States District Judge

Copies to:
Counsel for Parties via ECF

## **PROOF OF SERVICE**

      I hereby certify the foregoing was filed electronically via ECF on February 27, 2017 and served electronically at that time on all counsel of record, all of whom are registered to receive filings via ECF.

      /s/ Bijan Amini