UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN,

          Plaintiff,

- against -

THOMAS FORTUNE FAY,
FAY LAW GROUP, P.A.,
STEVEN R. PERLES, and
PERLES LAW FIRM, P.C.,

          Defendants.

Case No. 16-cv-2498 (RCL)

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, it is hereby:

ORDERED that the motion is granted as set forth herein; and it is further

ORDERED that Plaintiff shall file his memorandum of points and authorities in opposition to Defendants' motions to dismiss on or before March 17, 2017.

Dated: 3/8, 2017

                                                Hon. Royce C. Lamberth
                                                United States District Judge

Copies to:
Counsel for Parties via ECF