UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN, | § |
| | § |
| PLAINTIFF, | § |
| | § |
| v. | § |
| | §   No. 1:16-CV-02498-RCL |
| THOMAS FORTUNE FAY; | § |
| FAY LAW GROUP, P.A.; | § |
| STEVEN R. PERLES; AND | § |
| PERLES LAW FIRM, P.C. | § |
| | § |
| DEFENDANTS. | § |

**Order:**
**Granting in Part and Denying in Part Defendants' Motions to Dismiss**
**Denying the Fay Defendants' Motion for Summary Judgment**

Before the Court are the following motions and all responses and replies thereto:

- Defendants Thomas Fay and Fay Law Group's Motion to Dismiss. (ECF #10).

- Defendants Thomas Fay and Fay Law Group's alternative Motion for Summary Judgment. (ECF #10).

- Defendants Steven Perles and Perles Law Firm's Motion to Dismiss. (ECF #12).

Having considered these motions, and for the reasons given in the accompanying memorandum opinion, the Court now takes the following actions:

- **GRANTS IN PART AND DENIES IN PART** the Fay defendants' Motion to Dismiss (ECF #10).
    - The motion to dismiss is granted as to Fay Law Group. All claims against Fay Law Group are hereby dismissed with prejudice and Fay Law Group is **ordered dismissed** from this case.
    - The motion to dismiss is granted in part and denied in part as to Thomas Fay. The plaintiff's quantum meruit claim against Mr. Fay is dismissed with prejudice as time-barred. But the plaintiff's breach of contract claim will remain before the Court.

1

- **DENIES** the Fay Defendants' alternative Motion for Summary Judgment (ECF #10).

- **GRANTS IN PART AND DENIES IN PART** the Perles defendants' Motion to Dismiss (ECF #12).
    - The plaintiff's quantum meruit claim against the Perles defendants is dismissed with prejudice as time-barred. But the plaintiff's breach of contract claim will remain.

**It is so ordered.**

SIGNED this _15th_ day of December, 2017.

_____
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE