UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY GLENN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | No. 1:16-CV-02498-RCL |
| THOMAS FORTUNE FAY; | § | |
| FAY LAW GROUP, P.A.; | § | |
| STEVEN R. PERLES; AND | § | |
| PERLES LAW FIRM, P.C. | § | |
| | § | |
| DEFENDANTS. | § | |

**Order:**
**Granting Defendants' Unopposed Motion for Extension of Time**

Before the Court is the defendants' Unopposed Motion for Extension of Time to File Reply Memoranda to Plaintiff's Opposition to Defendants' Motions to Dismiss. (ECF #17). The Court now **GRANTS** this motion, *nunc pro tunc* to March 23, 2017.

**It is so ordered.**

SIGNED this ___15th___ day of December, 2017.

_____
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE