## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN,<br>     Plaintiff,<br><br>- against -<br><br>THOMAS FORTUNE FAY, et al.,<br>     Defendants. | No. 16-cv-02498-RCL |

### ANSWER TO PERLES DEFENDANTS' COUNTERCLAIM

Plaintiff Jay Glenn, through his undersigned counsel, answers the Counterclaim of Defendants Steven R. Perles and Perles Law Firm, P.C. as follows:

1. Admitted.

2. Admitted.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and, therefore, denies each and every such allegation.

4. Paragraph 4 asserts legal conclusions as to which no response is required but, to the extent an answer is required, denies each and every allegation contained therein.

### AFFIRMATIVE DEFENSES

1. The Counterclaim fails to state a claim upon which relief can be granted.

WHEREFORE, Plaintiff requests that this Court enter judgment in Plaintiff's favor on the Counterclaim, and such other and further relief as this Court deems just and proper.

Dated: January 23, 2018        STORCH AMINI PC

                /s/ Bijan Amini
                Bijan Amini
                140 East 45th Street, 25th Floor
                New York, New York 10017
                (212) 490-4100
                bamini@storchamini.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify the foregoing Answer to Perles Defendants' Counterclaim was filed electronically via ECF on January 23, 2018 and served electronically at the time of filing on Defendants' counsel of record, all of whom are registered ECF users.

                                                          /s/ Bijan Amini