AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Jay Glenn ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-cv-02498-RCL |
| Thomas Fortune Fay, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant/Cross-Defendant Thomas Fortune Fay                                                           .

Date:   01/25/2018

/S/
*Attorney's signature*

Timothy Altemus 451926
*Printed name and bar number*

777 6th St., NW, #410, Washington, DC 20001
*Address*

timothy.altemus@faylawgroup.com
*E-mail address*

(202) 589-1300
*Telephone number*

(202) 216-0298
*FAX number*