**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY GLENN,<br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>THOMAS FORTUNE FAY, et al.,<br>　　　　　　　Defendants. | No. 16-cv-02498-RCL<br><br>**SCHEDULING ORDER [Proposed]** |

Upon consideration of the joint report of the parties submitted pursuant to Local Civil Rule 16.3; now therefore, it is hereby ORDERED:

1. The parties shall serve their respective initial disclosures by February 23, 2018.

2. The parties shall have until November 2, 2018 to complete discovery.

3. The parties shall have until 45 days before the completion of discovery to move to add parties or amend pleadings.

4. The parties shall have until 45 days after the close of discovery to serve summary judgment motions.  Any opposition to the motion(s) shall be served 45 days after service of the motion(s).  Any reply in support of the motion(s) shall be served 30 days after service of the opposition(s).

5. The Court shall schedule a pretrial conference following resolution of the summary judgment motions.

6. Pursuant to Federal Rule of Evidence 502(d), the attorney-client privilege and work product protection are not waived by disclosure connected with the litigation pending before this Court.

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　United States District Judge