**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY GLENN,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS FORTUNE FAY, *et al.,*<br><br>    Defendants. | Civil No.: 1:16-cv-02498-RCL |

**PRAECIPE
WITHDRAWING COUNT II
OF AMENDED CROSSCLAIM,
<u>FOR WRONGFUL INVOLVEMENT IN LITIGATION</u>**

Defendants Steven R. Perles and Perles Law Firm, P.C., by and through counsel, hereby note the withdrawal of Count II of their Amended Crossclaim, Document 30.  Count II is entitled "Wrongful Involvement in Litigation."

Count I, entitled "Indemnification," is not being withdrawn and remains in the case.

        Respectfully submitted,

        BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC


        By:        /s/ Geoffrey T. Hervey
             Geoffrey T. Hervey #415907
             7315 Wisconsin Avenue
             Suite 800 West
             Bethesda, Maryland 20814
             (301) 656-2707 – telephone
             (301) 961-6525 – facsimile
             dbregman@bregmanlaw.com
             ghervey@bregmanlaw.com

        *Counsel for Perles Defendants*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the foregoing Praecipe was filed electronically via the Court's ECF system on February 23, 2018 and was served electronically at that time on all counsel of record, all of whom are registered to receive filings via the Court's ECF system.

           _____/s/ Geoffrey T. Hervey _____