**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY GLENN,<br><br>    Plaintiff,<br><br>- against -<br><br><br>THOMAS FORTUNE FAY, et al.,<br><br>    Defendants. | No. 16-cv-02498-RCL<br><br>Judge Royce C. Lamberth<br><br>**PLAINTIFF'S MOTION FOR ORDER OF SEQUESTRATION AND/OR PRELIMARY <u>INJUNCTION</u>** |

  Plaintiff Jay Glenn hereby moves, pursuant to Fed. R. Civ. P. 64, 65(a), 67, District of Columbia Superior Court Rule 64, and the Court's inherent powers, for an order of sequestration or a preliminary injunction requiring Defendants to deposit with the Court the disputed funds that are the subject of this action and upon which Plaintiff asserts an equitable lien, and for such other and further relief as the Court deems just and proper.  The grounds for Plaintiff's motion are set forth in the accompanying memorandum of points and authorities, and the motion is supported by the accompanying Declarations of Steven G. Storch and Jay J. Glenn, each dated April 2, 2018, and the respective exhibits thereto, and all pleadings and proceedings heretofore had herein.

  A proposed form of order is also annexed hereto.  Oral argument is requested.

Dated: April 2, 2018

                    STORCH AMINI PC

                    <u>/s/ Bijan Amini   </u>
                    Bijan Amini
                    140 East 45th Street, 25th Floor
                    New York, New York 10017
                    (212) 490-4100
                    bamini@storchamini.com

                    *Attorneys for Plaintiff*