UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY GLENN,<br>                Plaintiff,<br><br>- against -<br><br>THOMAS FORTUNE FAY, et al.,<br>                Defendants. | No. 16-cv-02498-RCL<br><br>**[PROPOSED] ORDER GRANTING SEQUESTRATION AND/OR PRELIMINARY INJUNCTION** |

THIS MATTER having come before the Court on the motion of Plaintiff Jay Glenn for the entry of an order, pursuant to Federal Rules of Civil Procedure 64, 65(a) and 67, LCvR 65(c)-(d) and 67.1, District of Columbia Superior Court Rule 64, and/or the Court's inherent powers, requiring Defendants to sequester and deposit into Court disputed funds totaling $15,882,553.63;

AND upon consideration of the papers submitted by the respective parties in support of said motion, including (i) the Declaration of Plaintiff Jay Glenn, dated April 2, 2018, and the exhibits thereto; (ii) the Declaration of Steven G. Storch, dated April 2, 2018, and the exhibits thereto; and (iii) the Memorandum of Points and Authorities in Support of Plaintiff's Motion for an Order of Sequestration or Preliminary Injunction, dated April 2, 2018, the as well as the submissions of Defendants and arguments on behalf of the parties, and after due deliberation and good cause being found, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

The court finds and decides as follows:

1. Plaintiff has demonstrated a likelihood of succeeding on the merits of his claim for contingent fees from Defendants in the total amount of $22,263,181.43, plus reimbursement of expenses totaling $15,289 in connection from his work referring and representing 103 of the plaintiffs in *Peterson v. Islamic Republic of Iran*, No. 01-cv-2094-RCL (D.D.C.);

2. The Trustee of the Qualified Settlement Trust established in *Peterson v. Islamic Republic of Iran*, No. 10-civ-4518 (KBF) (S.D.N.Y.) has already distributed to each of Defendants Thomas Fortune Fay and Steven Perles in excess of $60 million in attorneys fees (representing approximately half of the total attorneys fees that will

be distributed from the Trust) and has earmarked sufficient funds for additional attorneys fees such that approximately 71.34% of the total $22,263,181.43 (*i.e*, the sum of $15,882,553.63) would be presently due and owing to Glenn upon full distribution of the QSF Trust if he succeeds on his claims.

3. Plaintiff has demonstrated that he will be exposed to irreparable harm if the disputed funds are not safely secured during the pendency of this action to determine ownership;

4. Plaintiff has shown that he will suffer more harm in the absence of this Order than Defendants will suffer as a result of the issuance this Order;

5. The public interest favors the entry of this Order;

6. Sequestration is appropriate because there is specific property at issue, the attorneys' fees Defendants receive with respect to the 103 *Peterson* plaintiffs identified on Exhibit A hereto, and the funds at issue are appropriately secured until ownership is determined; and

7. Because the disputed funds will be secure and earning interest in accordance with Fed. R. Civ. P. 67, no bond or other security is necessary to protect the parties' interests.

**WHEREFORE IT IS HEREBY ORDERED AND DECREED** that:

Within two business days of entry of this Order, Defendants herein shall deposit with the Court the percentage of Glenn's total claim for fees and expenses ($22,278,470.43) corresponding to the ratio that (a) their own fees that have been paid from the QSF Trust to such date (whether or not Fay or Perles assigned the right to receive the fees to someone else), bears to (b) the total amount of their fees that will be paid from the QSF Trust, and shall thereafter deposit with the Court, within two business days of disbursement from the QSF Trust, the equivalent percentage of any future distributions of attorneys fees received from the QSF Trust, such that when all distributions of the funds held to date in the QSF Trust are completed, the total sum of no less than $15,897,842.63 will be held by the Court pursuant hereto.

**SO ORDERED**, this ____ day of _____, 2018.

_____
Hon. Royce C. Lamberth
United States District Judge

TO:

John Vail
John Vail Law PLLC
777 6th St NW, Suite 410
Washington DC 20001
john@johnvaillaw.com
*Attorneys for Defendant Thomas Fortune Fay*

Geoffrey T. Hervey
Bregman, Berbert, Schwartz & Gilday, LLC
Suite 800 West
7315 Wisconsin Avenue
Bethesda, MD 20814
ghervey@bregmanlaw.com
*Attorneys for Defendant Steven R. Perles*