UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN,

    Plaintiff,

vs.

THOMAS FORTUNE FAY, *et al.,*

    Defendants.

Civil No.: 1:16-cv-02498-RCL

**JOINT MOTION FOR APPOINTMENT OF
MAGISTRATE JUDGE TO MEDIATE THIS LAWSUIT**

Plaintiff and Defendants, by and through their respective undersigned counsel, jointly request the appointment of a U.S. Magistrate Judge to serve as a mediator with respect to the disputes at issue in this litigation, to be selected at the discretion of the presiding judge in this case.

    Respectfully submitted,

    STORCH AMINI PC

    By: _____/s/ Bijan Amini_____
        Bijan Amini DC #362306
        140 East 45th Street, 25th Floor
        New York, New York 10017
        (212) 490-4100 – telephone
        (212) 4900-4208 – facsimile
        bamini@storchamini.com
        *Counsel for Plaintiff*

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC


By: _____/s/ Geoffrey T. Hervey_____
Geoffrey T. Hervey DC #415907
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707 – telephone
(301) 961-6525 – facsimile
ghervey@bregmanlaw.com
*Counsel for Perles Defendants*

FAY LAW GROUP, P.A.


By: _____/s/ John Vail_____
John Vail, of Counsel DC #461512
777 Sixth Street, NW
Suite 410
Washington, D.C. 20001
(202) 589-1300
(202) 589-1721 – facsimile
john@johnvaillaw.com
*Counsel for Fay Defendants*