**FILED**

APR 0 7 2018

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY GLENN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | No. 1:16-CV-02498-RCL |
| THOMAS FORTUNE FAY; | § | |
| FAY LAW GROUP, P.A.; | § | |
| STEVEN R. PERLES; AND | § | |
| PERLES LAW FIRM, P.C. | § | |
| | § | |
| DEFENDANTS. | § | |

**Order:
Granting the Parties' Joint Motion for Appointment of Magistrate Judge
to Mediate this Lawsuit**

Before the Court is the parties' Joint Motion for Appointment of Magistrate Judge to Mediate this Lawsuit [ECF #37]. The Court GRANTS the motion. The Court hereby reassigns this lawsuit to Magistrate Judge G. Michael Harvey for mediation.

**It is so ordered.**

Signed on _____April 6_____, 2018.

HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE