**FILED**

APR 27 2018

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY GLENN :

        PLAINTIFF :

v. : No. 16-cv-02498-RCL

THOMAS FAY, *ET AL.* :

        DEFENDANTS :

ORDER

UPON CONSIDERATION of the Consent Motion [42] of Defendant Thomas Fay to Extend it is hereby: *nunc pro tunc*,

ORDERED that the Motion is granted; and that it is further

ORDERED that Defendant Thomas Fay shall file his Opposition to Plaintiff's Application for An Order of Sequestration and/or Preliminary Injunction on or before April 20, 2018.

Dated: April 26, 2018

                                                Hon. Royce C. Lamberth
                                                United States District Judge

Copies to:
Counsel for All Parties via ECF